## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 27  
**IP Address:** 68.196.60.179  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 53569100FA859C8F072293F13917888C5CAAB768<br>File Hash:<br>CF22A6A08FF9B098D48F6ECC2848C226C65DF7E55821969A29D3CF0C96CAE9E5 | 02/05/2024 02:58:39 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 2 | Info Hash: E14CF8BF78C0E2735198916459BD6B87F1B32BE5<br>File Hash:<br>6D00BDADBDDAC56CEA0E81A91A5E7B306D360EABD1F327958962572BAEACFA6D | 12/31/2023 22:20:12 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 3 | Info Hash: 9BCAE95226F5A8499844714660B5FFB0AE7A09B1<br>File Hash:<br>C87566C2C2AE5511D62EFE25F149653EA9F6619BC04088E2F4CC2DE9F34D8444 | 12/11/2023 03:17:33 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 4 | Info Hash: B80950FEDCC44A0A2993FF7E76D1259D1AE933C6<br>File Hash:<br>07BEBEBF883BE7C55C98DF9B3DEC9DCF3EAC35EDDB09A5513342B1057BE34A5B | 12/04/2023 17:08:11 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 5 | Info Hash: BC8DAF6D3723C89362ED5F87B500902357942EF6<br>File Hash:<br>07434B0879BC59F6FBBFD0E71BB7A617DC0C3F551714DD11CEE8D67566B46F52 | 11/30/2023 14:35:17 | Blacked Raw | 07/12/2021 | 09/21/2021 | PA0002312676 |
| 6 | Info Hash: 78B84CC810341DA0D17F7F8DF97C51DDD45AF7B3<br>File Hash:<br>F32C477F8363695F663D8486C7E8434435A5F3DC2EF36E21EB63A9C3A650A8F2 | 11/05/2023 23:55:28 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 7 | Info Hash: 0055E6CF64657C4151AA655D50478D91B254C3A1<br>File Hash:<br>62010E6D2E5306D05DBF167C43476C94FBB3607B8F64DD638175F31B15470244 | 09/21/2023 23:58:15 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 8 | Info Hash: 9F1CE5768C904BF6F093D16E7CC1AEDA3531BE0D<br>File Hash:<br>A074D5E355EF193297A5227D218080464CCB1E2DECBE68DB8D4FB812D25F4C81 | 08/27/2023 14:49:49 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 9 | Info Hash: 19D04A0FD58DEFDB5DA2AF154A24E5D56F5D65C8<br>File Hash:<br>B5355A6384E74F5E81FC5D552001B002DF80710C583B169230FA51B7FEE00735 | 06/06/2023 16:34:53 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 10 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash:<br>EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 03/20/2023 01:00:29 | Blacked Raw | 03/15/2023 | 04/07/2023 | PA0002405750 |
| 11 | Info Hash: 099C4A7667A9B09FBA27D437F9C822BD1DF06DF6<br>File Hash:<br>57358891348E72225F8995C75FC3C012FD6B749721867D43AE0E5D9A9F7666C9 | 03/15/2023 00:11:33 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash: 97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03/08/2023 00:49:03 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 13 | Info Hash: BD1CB71F94751AE32A319F7E528342E6D44DC505<br>File Hash: 6567C5909B2B9294458201071F878EF1AFC9D479E5FFD69445480855CBF81C75 | 02/14/2023 00:33:38 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 14 | Info Hash: 3B1D9E59C3948ED48D1FE5AB123112D5D98DB1A1<br>File Hash: 668876C6B5D8B1CA7D03C9761A6AB345127E80D10144845D9BC9E75B68A70EB6 | 01/10/2023 02:28:33 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 15 | Info Hash: 3653007D6719937D121344DC59801DF6B6D8F8E9<br>File Hash: 256C3C83EB3D7AEFB8284F7ACF6AF1E4F16035CFE1BB56621040170609923622 | 11/18/2022 21:39:26 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 16 | Info Hash: C2FFAE55ED6E667BEF520BB38CC1CF67E948691A<br>File Hash: 498EE4E6E1BF9C7F48E4DEEF255D0FEEC064871D4CDE5E714A52FFB917CA92FB | 11/18/2022 19:54:45 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 17 | Info Hash: B37242194742FB53F18FA4B154C8EA09647EC344<br>File Hash: 71B620589FA5C7E17DACB2CA587A4524A207E8ED055ACA9A9C998F01BCAF7DD1 | 11/18/2022 19:48:03 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 18 | Info Hash: 0FCDD7A927CCE574B5F4A1086AEF7368D2757D24<br>File Hash: 21296AC9008878646DEDA2AC962C2AA132260CAE722DC81C4D36DEFB404EFCB2 | 11/18/2022 18:51:16 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 19 | Info Hash: E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 11/18/2022 18:38:13 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 20 | Info Hash: 7A4EEA5EAA6DDBEF38E14F36879B5879D598ECAF<br>File Hash: 266838758F2855A3E1700AB8B5B46AB39CF56C1050E9F3A270465E613C0ED02B | 11/18/2022 18:35:20 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 21 | Info Hash: 01E69F34F85A96548AAAE6C7BF84A13E6D2371F1<br>File Hash: F0A65331D33A54EE868789EFA494EB5A877CF2CB623FDCC9B93E19C6A240364E | 11/18/2022 18:17:47 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 22 | Info Hash: C0796CCA0D0F34D7363AC8B99E9314385E786262<br>File Hash: 66D0EE9AE1F391D55034F97EDE581030CA3732FFABC89C1840B786D64716D951 | 11/18/2022 18:14:46 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 23 | Info Hash: 93B1C8F4719E1262B86E6D4CDAD75609B054CFA6<br>File Hash: 84CC44AF4E12E761AD80210A34531CE6ADD8DF0053D89F2EA3936C9CACB9451A | 11/18/2022 18:09:55 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6D598E084208971D030167A7F562199D6689459E<br>File Hash: 38980111D7494DFF8EEC2E720891C1B81DD60B2664382D459107ECE308686423 | 11/18/2022 18:00:33 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 25 | Info Hash: AA9ED9DD3EFDAACDB6CD24D4F7D42F7DA848DE20<br>File Hash: 026F76CA960865F10CA17421ED666BD197D0A9309AC978BF5F39B8B260ECEC74 | 11/18/2022 18:00:14 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 26 | Info Hash: 5E1A3D6AF4978D54F4CA411DD5E35C28CEA65F7E<br>File Hash: 54E74E8CE0E0223D73778B4CD8130E81E18919913668488D461F71BA75FCC39F | 09/30/2022 19:32:15 | Slayed | 05/03/2022 | 06/09/2022 | PA0002361668 |
| 27 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 09/01/2022 01:41:12 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |